M<small>C</small>GREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>DANIEL VILLANUEVA,<br>GERRICK FRANKLIN,<br><br>                Defendants. | CASE NO. 1:17-CR-00198-LJO<br><br>STIPULATION TO CONTINUE MOTIONS HEARING; FINDINGS AND ORDER<br><br>DATE: February 4, 2019<br>TIME: 1:30 p.m.<br>COURT: Hon. Lawrence J. O'Neill |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>LEONARDO ORROSTIETA,<br><br>                Defendant. | CASE NO. 1:17-CR-00267-LJO<br><br>STIPULATION TO CONTINUE MOTIONS HEARING; FINDINGS AND ORDER<br><br>DATE: February 4, 2019<br>TIME: 1:30 p.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

1.    By previous order, this matter was set for a motions hearing on February 4, 2019. Three pretrial motions remain: Defendant Daniel Villanueva's motion for severance (Case#1:17-CR-198-LJO, Trial date: May 7, 2019 (ECF #277), Defendant Gerrick Franklin's motion for severance (Case#1:17-CR-198-LJO, Trial date: May 7, 2019 (ECF #301), and Defendant Leonardo Orrostieta's motion to suppress (Case #1:17-CR-267-LJO, Trial date: Oct 8, 2019 (ECF #67)).

2. Defendants Daniel Villanueva and Gerrick Franklin are defendants in <u>United States v. Montano et al.</u>, (Case #1:17-CR-00198) presently set for trial on May 7, 2019. The United States is presently in active plea negotiations with Defendants Villanueva and Franklin. The United States is also in active plea negotiations with the other defendants in the <u>Montano</u> case, and believes that many more defendants will resolve in the next few weeks. The United States believes that Villanueva and Franklin's cases may resolve. Additionally, given the substantial and ongoing plea negotiations with remaining defendants (with whom Villanueva and Franklin's charges are joined), the United States believes that Villanueva and Franklin's severance motions may largely resolve themselves in the next few weeks. Defendants Villanueva and Franklin and the United States believe that given the ongoing discussions regarding plea negotiations in the case (both with Villanueva and Franklin, as well as with the defendants charged in the remaining counts of the Superseding Indictment), substantial judicial economy will result from deferring the motions hearing until March 11, 2019.

3. The trial for Leonardo Orrostieta in Case #1:17-CR-00267 is set for October 8, 2019. The parties are in active plea negotiations and believe the case may resolve in the next few weeks. Defendant Orrostieta and the United States believes that given the ongoing discussions regarding resolution in that case, substantial judicial economy will result from deferring the motions hearing until March 11, 2019.

4. By this stipulation, defendants and the United States now move to continue the motions hearing until March 11, 2019 at 1:30 pm.

IT IS SO STIPULATED.

Dated: January 25, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: January 28, 2019

/s/ VIRNA SANTOS
VIRNA SANTOS
Counsel for Defendant
DANIEL VILLANUEVA
(approved by phone 1/28/2019)

Dated: January 28, 2019     /s/ MICHAEL BERDINELLA
MICHAEL BERDINELLA
Counsel for Defendant
GERRICK FRANKLIN
(approved by email 1/25/2019)

Dated: January 28, 2019     /s/ ANTONIO ALVAREZ
ANTONIO ALVAREZ
Counsel for Defendant
LEONARDO ORROSTIETA
(approved by email 1/25/2019)

**ORDER**

The motions hearing presently set for February 4, 2019 at 1:30 pm is continued to March 11, 2019 at 1:30 pm.

IT IS SO ORDERED.

Dated: **January 28, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE