McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO ORROSTIETA,<br><br>Defendant. | CASE NO. 1:17-CR-00267-LJO<br><br>STIPULATION TO CONTINUE MOTION HEARING; FINDINGS AND ORDER<br><br>DATE: April 29, 2019<br>TIME: 10:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

1. Pending before the Court is Defendant Leonardo Orrostieta's motion to suppress (ECF #67)). A hearing on the motion to suppress is presently set for March 11, 2019 at 1:30 pm.

2. Plea negotiations are ongoing. The parties believe the case may resolve in the month. Defendant Orrostieta and the United States believe that given the ongoing discussions regarding resolution in the case, substantial judicial economy will result from deferring the motion hearing until April 29, 2019. The trial for Leonardo Orrostieta is set for October 8, 2019, over seven months away.

3. By this stipulation, defendants and the United States now move to continue the motion hearing for Defendant Orrostieta only from March 11, 2019 at 1:30 pm to April 29, 2019 at 1:30 pm.

IT IS SO STIPULATED.

Dated: March 6, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: March 6, 2019

/s/ ANTONIO ALVAREZ
ANTONIO ALVAREZ
Counsel for Defendant
LEONARDO ORROSTIETA
(approved by telephone 3/6/2019)

**ORDER**

The motions hearing presently set for March 11, 2019 at 1:30 pm for Defendant Leonardo Orrostieta is continued to April 29, 2019 at 10:45 a.m.

IT IS SO ORDERED.

Dated: **March 6, 2019**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE