PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:17-CR-00267-LJO-SKO |
| Plaintiff, | ORDER TO RETURN PROPERTY |
| v. | (Doc. Nos. 91, 97) |
| LEONARDO ORROSTIETA, | |
| Defendant. | |

This matter is before the court upon the Parties' Joint Application for an Order to Release Property (Doc. No. 97).  Homeland Security Investigations ("HSI") has custody of a firearm, two magazines, ammunition, two cellular telephones, and an HP laptop computer seized on or about October 26, 2017, from the defendant during the investigation in his criminal case. This property is more particularly described in the Joint Application as:

1.     Sig 1911 45mm firearm, two magazines, and ammunition;

2.     Two Galaxy S6 Edge Plus cellular telephones; and

3.     HP Laptop computer.

This property is not subject to forfeiture in this case.  Therefore, the parties have asked the court to issue an Order under *Henderson v. United States*, 575 U.S. 622 (2015), directing HSI to turn over the firearm and related property to the defendant's cousin, Danny Peralta, and the electronic equipment to the defendant's sisters.

1    In accordance with *Henderson*, the court may approve such a transfer request if it is

2  satisfied that "the recipient will not allow the felon to exert any influence over their use.  In

3  considering such a motion, the court may properly seek certain assurances:  for example, it may

4  ask the proposed transferee to promise to keep the guns away from the felon, and to acknowledge

5  that allowing him to use them would aid and abet a § 922(g) violation."  *Id*. at 630.

6    In this case, Defendant Leonardo Orrostieta and Danny Peralta have executed an

7  Authorization to Transfer Property Ownership and filed it with the court.  (*See* Doc. No. 97.)

8  Based upon the acknowledgments, agreements, and assurances made by the defendant and Danny

9  Peralta in this Authorization, the court finds that:

10    It is Defendant Leonardo Orrostieta's intent to transfer all of his right, title, and interest in

11  the property to cousin, Danny Peralta;

12    Danny Peralta is not a prohibited person under applicable federal law and may lawfully

13  possess the property;

14    Danny Peralta will prevent Defendant Leonardo Orrostieta from possessing or otherwise

15  exerting influence or control over this property; and

16    The parties understand the consequences of Defendant Leonardo Orrostieta possessing or

17  otherwise exerting influence or control over this property.

18    Therefore, the joint motion (Doc. No. 97) is granted.  Having considered the submissions

19  of the parties and having determined that they are entitled to the requested relief, it is hereby

20  **ORDERED** under the authority recognized by the United States Supreme Court in *Henderson*

21  that as soon as practical, HSI shall cause the firearm, magazines, and ammunition described in

22  this Order and the Authorization to Transfer Property Ownership to be available to Danny Peralta

23  so that he may take possession of them.

24  /////

25  /////

26  /////

27  /////

28  /////

STATUS RE: MOTION TO RETURN PROPERTY                    2

It is further **ORDERED** that upon Danny Peralta taking possession of these firearms, any and all of Defendant Leonardo Orrostieta's property rights and ownership interest in the property shall be vested in Danny Peralta.

IT IS SO ORDERED.

Dated:   **April 18, 2021**

_____
UNITED STATES DISTRICT JUDGE