PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. LEONARDO ORROSTIETA, Defendant. | CASE NO. 1:17-CR-00267-JLT-SKO<br><br>MOTION AND ORDER TO DISMISS SUPERVISED RELEASE PETITION WITHOUT PREJUDICE; VACATE PRELIMINARY HEARING<br><br>DATE: May 31, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |
|---|---|

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, moves to dismiss the Supervise Release Petition (Doc. 100) in the interest of justice without prejudice.

The Petition charged a single new law violation. The State has decided not to proceed with criminal charges arising from the alleged incident, and given victim/witness issues, the government does not believe it can establish the violation by a preponderance of the evidence. Probation joins in this motion.

///

///

///

///

///

MOTION TO DISMISS SUPERVISED RELEASE PETITION                1

Defendant is presently in custody in the Fresno County Jail, and the government requests the Court order Defendant released from custody, and returned to Supervised Release.

Dated:  May 9, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that the Supervised Release Petition (Doc. 100) in this case is withdrawn and dismissed in the interest of justice without prejudice.  All future dates in this matter, including the status conference on May 31, 2023, are VACATED.

Defendant is hereby ordered immediately RELEASED from custody.

Defendant is ORDERED to report to his U.S. Probation Officer within 72 hours of release from custody.  All other conditions of Defendant's Supervised Release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 9, 2023**

_____
UNITED STATES DISTRICT JUDGE