HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> LEONARDO ORROSTIETA, <br><br> *Defendant.* | Case No. 1:17-CR-00267-1-JLT <br><br> **APPLICATION AND ORDER APPOINTING COUNSEL** |

Defendant, Leonardo Orrostieta, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release. On July 15, 2019, Mr. Orrostieta was sentenced to 36 months in custody and 48 months of supervised release. Mr. Orrostieta began his 48 month term of supervision on February 19, 2021.

Mr. Orrostieta submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that AFD, Eric V. Kersten be appointed to assist Mr. Orrostieta with terminating his supervised release.

DATED: September 11, 2023                         */s/ Eric V Kersten*
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints AFD, Eric V. Kersten, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **September 11, 2023**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE